**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| GMAC CONSTRUCTION, LLC<br><br>Plaintiff,<br><br>v.<br><br>SMYRNA READY MIX CONCRETE, LLC;<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>Removed from: Superior Court of New Jersey, Law Division, Civil Part: Docket No. GLO-L-1099-23<br><br>JURY TRIAL DEMANDED |

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Defendant, Smyrna Ready Mix Concrete, LLC, (hereafter "Defendant"), hereby removes the above entitled action from the Superior Court of New Jersey, Law Division, Civil Part, Gloucester County, to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441, *et seq.*

1. An action has been commenced and is now pending in the Superior Court of New Jersey, Law Division, Civil Part, Gloucester County, entitled GMAC CONSTRUCTION, LLC v. SMYRNA READY MIX CONCRETE, LLC under Docket No. GLO-L-1099-23. A true and accurate copy of Plaintiff's Complaint is attached hereto as *Exhibit A* and in accordance with 28 U.S.C. § 1446(a), copies of the docket sheet and all process, pleadings, and orders served on Defendant in the state court action are also attached as *Exhibit A.*

2. Defendant was served with process on October 5, 2023. *See Affidavit of Service included within Exhibit A.*

**THE BASIS FOR REMOVAL**

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). Accordingly, this action is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b).

4. Diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) is based upon the action involving a matter in controversy exceeding the "sum or value of $75,000.00, exclusive of interest and costs," and being between "citizens of different States".

5. The amount in controversy in this case exceeds $75,000, exclusive of interest and costs. Plaintiff alleges that as a result of Defendant's breach of contract they have been caused to incur damages. *Ex. A.* Plaintiff further alleges that as a result of Defendant's negligence and their detrimental reliance on Defendant's conduct, that they have been caused to sustain damages. *Id.*

6. Specifically, Plaintiff alleges that Defendant supplied them with a mix of concrete that differed from the mix that they had ordered. *Id.* Because of the alleged mix-up, Plaintiff was allegedly required to demolish and rebuild the portion of the structure where the allegedly incorrect concrete was poured. *Id.*

7. Plaintiff seeks damages totaling $82,020.00.

8. Diversity of citizenship, for the purposes of 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441 is established as follows:

(a) Plaintiff GMAC Construction, LLC is, at this time and at the time this action was commenced, a limited liability company existing under the laws of the State of New Jersey. *See Ex. A* at ¶ 1.

(b) Defendant, Smyrna Ready Mix Concrete, LLC, is at the time of removal, and was at the time of the commencement of this action, a limited liability company that exists under the laws of the State of Tennessee. *Id.* at ¶ 2.

9. There exists complete diversity between the Plaintiff and the Defendant.

10. Written notice of the filing of this Notice of Removal will be served upon Plaintiff's counsel as required by law.

11. A true and complete copy of this Notice of Removal will be filed with the Clerk of the Superior Court of New Jersey, Law Division, Civil Part, Gloucester County, as required by law.

12. In accordance with 28 U.S.C. § 1446(b), this notice of removal is timely filed within 30 days of service of Plaintiff's Complaint. *See* Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 354-56 (1999).

**WHEREFORE**, having shown that this case is properly removable, Defendant provides notice pursuant to 28 U.S.C. § 1446 that the Action currently pending in the Superior Court of New Jersey, Law Division, Civil Part, Gloucester County, Docket No. GLO-L-1099-23, is removed to the United States District Court for the District of New Jersey.

**WHITE AND WILLIAMS LLP**

BY: ______________________________

Victor J. Zarrilli, Esquire
Arthur R. Murphy, Esquire
LibertyView | 457 Haddonfield Road,
Suite 400 |
Cherry Hill, NJ 08002-2220
Phone: 856.317.3600
Attorneys for Defendant,
Smyrna Ready Mix Concrete, LLC

Dated: November 3, 2023