# EXHIBIT "A"

**Anthony Valenti, Esquire**
**Attorney Id.: 048481991**
**Timothy H. King. Esquire**
**Attorney Id.: 333562021**
**Boyle & Valenti Law, P.C.**
**1940 Route 70 East, Suite 4**
**Cherry Hill, NJ 08003**
**(856)499-3335 ph**
**(856)499-3304 fax**
**avalenti@b-vlaw.com**
**tking@b-vlaw.com**
**Attorneys for Plaintiff, GMAC Construction, LLC**

| | |
|---|---|
| GMAC CONSTRUCTION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SMYRNA READY MIX CONCRETE, LLC;<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>GLOUCESTER COUNTY<br>LAW DIVISION<br><br>DOCKET NO:<br><br>*Civil Action*<br><br>**COMPLAINT** |

Plaintiff GMAC Construction, LLC, by way of Complaint against Defendant Smyrna Ready Mix Concrete, LLC, says:

**IDENTIFICATION OF THE PARTIES**

1. Plaintiff GMAC Construction, LLC ("GMAC" or "Plaintiff") is a limited liability company duly formed and existing under the laws of New Jersey, having its main office at 1630 Route 322, Unit C, Swedesboro, New Jersey 08085.

2. Defendant Smyrna Ready Mix Concrete, LLC ("SRM" or "Defendant") is, upon information and belief, a limited liability company duly formed and existing under the laws of Tennessee, is registered to conduct business in New Jersey, and has its main office at 1000 Hollingshead Circle, Murfreesboro, Tennessee 37129.

## FACTS COMMON TO ALL COUNTS

3. GMAC is a construction company that was subcontracted to perform various work on a project in Valley Cottage, New York.

4. Part of that work involved the construction of a concrete truck apron, which is the area outside the docking doors of a commercial building where trucks maneuver and park for loading and unloading and which is designed to handle the heavy loads being parked there.

5. This truck apron was to be constructed from a specific mixture of concrete, referred to herein as the "mix design" of the concrete.

6. SRM is a concrete manufacturer that supplied concrete to GMAC for the larger project in general and also specifically for the truck apron. Upon information and belief, SRM would dispatch this concrete from its local plant in Valley Cottage, New York.

7. As is customary in the industry, and, in any event, pursuant to the course of dealings between GMAC and SRM as well as SRM's operating and ordering procedures, GMAC would order concrete from SRM by phone over SRM's recorded line, indicating the desired mix design during the call.

8. On Thursday, September 20, 2023, GMAC's foreman placed an order with SRM for 600 yards of concrete to be delivered the following day, requesting the same mix design as he had ordered for install the previous day.

9. On Friday, September 21, 2023, SRM began delivering concrete with a different mix design than that which GMAC had ordered. The mix design SRM delivered was one that had been used on the general job site previously but not one that had been ordered by GMAC from SRM or delivered by SRM to GMAC for close to three months.

10. Notably, the mix design SRM delivered on the day in question was, upon information and belief, made from materials SRM does not keep in stock and had to source from a nearby quarry.

11. Unfortunately, GMAC began pouring the concrete without immediately recognizing that the mix design was not as ordered by GMAC.

12. Approximately an hour after the concrete delivery and pour began, Philip Guinto ("Guinto"), one of GMAC's members and its Chief Operating Officer, realized that the mix design of the concrete being delivered was incorrect and stopped further delivery of the concrete with the incorrect mix design.

13. By that time, approximately 234 yards of the incorrect concrete had already been poured, and GMAC rejected delivery of approximately 10 more trucks' worth of the incorrect concrete that had already been dispatched, which amounted to approximately 93 more yards of concrete.

14. After some communication between GMAC and SRM, SRM changed the mix design to the one GMAC ordered and delivered the correct concrete until the remaining 366 yards of the original 600-yard order had been poured.

15. During the communications between GMAC and SRM regarding the incorrect mix design delivered, Guinto spoke on the phone with SRM's sales manager, who indicated that SRM would check the recording of the phone call in which GMAC placed its order to confirm the mix design GMAC had ordered.

16. Guinto also spoke with SRM's quality control employee and its dispatch manager, who advised at that time that they had heard a recording of GMAC's order but that they were not the ones who could share the recording with GMAC.

17. In GMAC's experience, concrete suppliers like SRM record orders that are placed with them, which was specifically the case with respect to orders they had placed with SRM, and are usually able to share the recording of an order within 30-60 minutes when there is some issue with the delivery. In fact, upon information and belief, and in GMAC's experience, this is a standard procedure and an industry standard for concrete suppliers such as SRM.

18. After requesting the recording multiple times, GMAC did not receive a response until a phone call from SRM late that afternoon in which SRM claimed that their recording service was broken and/or shut off on the day of GMAC's order; that, accordingly, no recording existed; and that the issue was one of "hearsay."

19. GMAC subsequently provided SRM with an estimate of the cost for the truck apron demolition and re-work and requested that SRM advise as to its intentions and plan for compensating GMAC for the expenses incurred due to SRM supplying the incorrect mix design.

20. SRM subsequently denied any responsibility for delivering the incorrect mix design and has refused to compensate GMAC for its losses.

**COUNT 1**
**Breach of Contract**

21. Plaintiff hereby incorporates by reference each and every previous paragraph of this Complaint as if fully set forth at length herein.

22. Plaintiff placed an order on September 20, 2023 with Defendant for a specific mix design of concrete to be delivered to a certain job site on September 21, 2023.

23. At the time Plaintiff placed and Defendant received the order, both Plaintiff and Defendant understood the mix design to be a material term of the order.

24. Defendant accepted the terms of Plaintiff's order by verbal agreement over the phone and/or by its conduct in delivering concrete at the time and place requested.

25. The mix design of the concrete Defendant delivered was not what Plaintiff ordered.

26. Defendant thereby materially breached the contract with Plaintiff.

27. Defendant's breach has damaged Plaintiff, as Plaintiff has incurred and/or will incur expenses in connection with the demolition and re-work of the portions of its work that used the incorrect mix design delivered by Defendant.

**WHEREFORE**, Plaintiff GMAC Construction, LLC demands judgment against Defendant Smyrna Ready Mix Concrete, LLC for damages; reasonable attorneys' fees; costs of suit; and such other or further relief that the Court deems equitable and just.

**COUNT 2**
**Negligence**

28. Plaintiff hereby incorporates by reference each and every previous paragraph of this Complaint as if fully set forth at length herein.

29. On or about September 20, 2023, Plaintiff placed an order for specific concrete from Defendant pursuant to a course of dealing between the parties that was to be of a specific mix design and delivered to Plaintiff's project in Valley Cottage, New York to be used in connection therewith.

30. Defendant also knew or should have known that the concrete Plaintiff ordered on September 20, 2023 was to be the same mix design as Plaintiff had ordered for the same project on the previous day.

31. Upon accepting Plaintiff's order for concrete, Defendant owed a duty to Plaintiff to use reasonable care in filling Plaintiff's order by supplying concrete with the correct mix design.

32. Defendant failed to exercise reasonable care and breached its duty to Plaintiff by providing and delivering the incorrect concrete mix design to Plaintiff's job site. Defendant further breached its duty of reasonable care by, among other things:

a. failing to adequately train its employees or establish processes to ensure orders are correctly processed and filled;

b. failing to have quality control measures and procedures in place so as to ensure that it was delivering the proper concrete mix design;

c. failing to maintain its telephone call recording system used to record orders and ensure the delivery of the correct materials ordered;

d. failing to have proper procedures to confirm that it was providing the proper concrete mix design that was ordered;

e. failing to confirm that it was providing the proper concrete mix design in light of the fact that it was different from that which GMAC ordered previously;

f. failing to recognize that the mix design it was providing was not proper for its intended purpose;

g. failing to recognize that the design mix being provided had not been previously ordered by GMAC; and/or

h. failing to confirm that they were providing the proper mix design in light of the fact that mix design that they were providing was of such are rare nature for use that the aggregate used to make it was not kept in stock by SRM.

33. Defendant's failure to exercise reasonable care breached its duty to Plaintiff.

34. Defendant's breach has directly and proximately caused Plaintiff damage, including but not limited to, expenses and additional time and effort Plaintiff has and/or will continue to expend or incur in connection with the demolition and re-work of the portions of its work that used the incorrect mix design delivered by Defendant as well as the impact that delays as a result thereof will cause with respect to the remainder of the project.

**WHEREFORE**, Plaintiff GMAC Construction, LLC demands judgment against Defendant Smyrna Ready Mix Concrete, LLC for damages; reasonable attorneys' fees; costs of suit; and such other or further relief that the Court deems equitable and just.

**COUNT 3**
**Detrimental Reliance**

35. Plaintiff hereby incorporates by reference each and every previous paragraph of this Complaint as if fully set forth at length herein.

36. At the time Plaintiff placed its order for concrete on September 20, 2023, the time Defendant delivered the concrete, and/or at other relevant times, Defendant, by statement or by omitting to state otherwise, represented that it would fill or had filled the order with the mix design Plaintiff requested.

37. Both parties reasonably expected Plaintiff to rely upon that representation.

38. Plaintiff did, in fact, rely upon such statements and/or omissions by allowing the concrete to be poured, which reliance was reasonable in light of the history of the parties' work on this project and that Defendant maintained an order recording system claimed to be for the purpose of confirming the accuracy of the orders it was filling.

39. Plaintiff's reliance upon the affirmative representations and/or omissions of fact caused Plaintiff damage, including, but not limited to, expenses and additional time and effort Plaintiff has and/or will continue to expend or incur in connection with the demolition and re-work of the portions of its work that used the incorrect mix design delivered by Defendant as well as the delays that have been caused with respect to the remainder of the project.

**WHEREFORE**, Plaintiff GMAC Construction, LLC demands judgment against Defendant Smyrna Ready Mix Concrete, LLC for specific performance and equitable relief in the nature of requiring Plaintiff to supply the correct concrete mix design and to remedy the damage

caused by its supply of defective material, together with reasonable attorneys' fees, costs of suit, and such other or further relief that the Court deems equitable and just.

**Boyle & Valenti Law, P.C.**
Attorneys for Plaintiff, GMAC Construction, LLC

Dated: October 3, 2023

By:*/s/Anthony Valenti*
Anthony Valenti, Esq.

**RULE 4:5-1 CERTIFICATION**

I hereby certify in accordance with New Jersey Civil Practice Rule 4:5-1 that to the best of my knowledge, information and belief the instant matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding and no other action or arbitration is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

**CERTIFICATION OF COMPLIANCE UNDER RULE 1:38-7(c)**

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with R. 1:38-7(b).

**DEMAND FOR TRIAL BY JURY**

Demand is hereby made for trial by jury on all claims so triable.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-3, Anthony Valenti is hereby designated as trial counsel.

**Boyle & Valenti Law, P.C.**
Attorneys for Plaintiff, GMAC Construction, LLC

Dated: October 3, 2023

By: */s/Anthony Valenti*
Anthony Valenti, Esq.

# Civil Case Information Statement

**Case Details: GLOUCESTER | Civil Part Docket# L-001099-23**

**Case Caption:** GMAC CONSTRUCTION, L LC VS SMYRNA READY MIX CON
**Case Initiation Date:** 10/03/2023
**Attorney Name:** ANTHONY VALENTI
**Firm Name:** BOYLE & VALENTI LAW PC
**Address:** 1940 ROUTE 70 EAST STE 4
CHERRY HILL NJ 08003
**Phone:** 8564993335
**Name of Party:** PLAINTIFF : GMAC Construction, LLC
**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** CONTRACT/COMMERCIAL TRANSACTION
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: GMAC Construction, LLC?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

10/03/2023
Dated

/s/ ANTHONY VALENTI
Signed

GLOUCESTER COUNTY COURTHOUSE
GLOUCESTER COUNTY CIVIL DIVISION
1 NORTH BROAD ST
WOODBURY NJ 08096

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (856) 878-5050
COURT HOURS 8:30 AM - 4:30 PM

DATE: OCTOBER 03, 2023
RE: GMAC CONSTRUCTION, L LC VS SMYRNA READY MIX CON
DOCKET: GLO L -001099 23

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS 300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON TIMOTHY W. CHELL

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM 102 AT: (856) 878-5050 EXT 15265.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.

PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH R.4:5A-2.

ATTENTION:

ATT: ANTHONY VALENTI
BOYLE & VALENTI LAW PC
1940 ROUTE 70 EAST
STE 4
CHERRY HILL NJ 08003

ECOURTS

# SUMMONS

Attorney(s) Anthony Valenti, Esq.
Office Address 1940 Route 70 East, Suite 4
Town, State, Zip Code Cherry Hill, NJ 08003

Telephone Number 856-499-3335
Attorney(s) for Plaintiff GMAC Construction, LLC

GMAC CONSTRUCTION, LLC

Plaintiff(s)

vs.

SMYRNA READY MIX CONCRETE, LLC

Defendant(s)

**Superior Court of New Jersey**

Gloucester County

Law Division

Docket No: GLO-L-1099-23

**CIVIL ACTION SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

/s/Michelle Smith
Clerk of the Superior Court

DATED: 10/03/2023

Name of Defendant to Be Served: Smyrna Ready Mix Concrete, LLC c/o Northwest Registered Agent LLC

Address of Defendant to Be Served: Five Greentree Centre, Ste. 104, 525 Route 73 North, Marlton, NJ 08053

## Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL (609)345-3444
LEGAL SERVICES (609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601
LAWYER REFERRAL (201) 488-0044
LEGAL SERVICES (201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake, 1st Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060
LAWYER REFERRAL (609) 261-4862
LEGAL SERVICES (609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice 1st Fl., Suite 150
101 South 5th Street Camden, NJ 08103
LAWYER REFERRAL (856) 482-0618
LEGAL SERVICES (856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210
LAWYER REFERRAL (609) 463-0313
LEGAL SERVICES (609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street, P.O. Box 10
Bridgeton, NJ 08302
LAWYER REFERRAL (856) 696-5550
LEGAL SERVICES (856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL (973) 622-6204
LEGAL SERVICES (973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office, Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096
LAWYER REFERRAL (856) 848-4589
LEGAL SERVICES (856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House--1st Floor
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL (201) 798-2727
LEGAL SERVICES (201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL (908) 236-6109
LEGAL SERVICES (908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL (609) 585-6200
LEGAL SERVICES (609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Middlesex Vicinage, 2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL (732) 828-0053
LEGAL SERVICES (732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House, P.O. Box 1269
Freehold, NJ 07728-1269
LAWYER REFERRAL (732) 431-5544
LEGAL SERVICES (732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910
LAWYER REFERRAL (973) 267-5882
LEGAL SERVICES (973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court 118
Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191
LAWYER REFERRAL (732) 240-3666
LEGAL SERVICES (732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court Civil
Division, Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL (973) 278-9223
LEGAL SERVICES (973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079
LAWYER REFERRAL (856) 935-5629
LEGAL SERVICES (856) 691-0494

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court Civil
Division, P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876
LAWYER REFERRAL (908) 685-2323
LEGAL SERVICES (908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL (973) 267-5882
LEGAL SERVICES (973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL (908) 353-4715
LEGAL SERVICES (908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court Civil
Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL (908) 859-4300
LEGAL SERVICES (908) 475-2010

# ROAD RUNNER COURIER SERVICE INC.

708 East Main Street
Moorestown, NJ 08057
Office – (856) 428-7500
Fax - (856) 428-7510

PICKUP TIME:____________

1. CASE FILE#/ PO #: GMAC v. Smyrna Ready Mix Concrete, LLC; GLO-L-1099-23
2. ATTORNEY NAME/CONTACT PERSON: Timothy King, Esq.
(TO ENSURE ACCURATE BILLINGS PLEASE COMPLETE LINES 1&2)

**CLIENT NAME:** Boyle & Valenti
**ADDRESS:** 1940 Route 70 East, Suite 4
**CITY, STATE, ZIP:** Cherry Hill, NJ 08003
**Phone#** 856-499-3335 Fax-856-499-3304

ITEM DESCRIPTION: (1) Summons, (2) Complaint (3) Track Assignment (4) Lawyer Referral Directory
**# OF BOXES OR PARCELS: 1**

**PICK-UP** CONTACT PERSON/ATTN: June Pryor
COMPANY/FIRM: Same as client
ADDRESS: Emailed to RR 13pages
CITY: ____________ STATE: ______ ZIP: ________
TELEPHONE ( ) ____-______

**DESTINATION** CONTACT PERSON/ATTN: Smyrna Ready Mix Concrete, LLC c/o Northwest Registered Agent LLC
COMPANY/FIRM: Northwest Registered Agent, LLC
ADDRESS: Five Greentree Centre, Ste. 104, 525 Route 73 North
CITY: Marlton STATE: NJ ZIP: 08053
TELEPHONE (856) 452-1972

**RECIPIENT SIGNATURE: (X)** BG Briana Gonzalez
DATE: 10-5-23 TIME: 1:02 pm

**SPECIAL INSTRUCTIONS:**

*********************************************************************

**(FOR DRIVER USE ONLY)**

**DRIVER SIGNATURE:** Ralphiel Calhoun **(O.V.)** C.V
**DATE:** 10/5/23 **TIME:** 1:02 pm
**WAITING TIME:** _______ **X $.50/minute – 1st 10 minutes free!**

**RETURN COPIES?** YES or NO (CIRCLE ONE)
**PARCEL RETURNED:** SIGNATURE OF RECIPIENT: ____________
**DATE** AND TIME:

# ROAD RUNNER
## COURIER SERVICE, INC.

708 E. MAIN STREET, MOORESTOWN, NJ 08057
Office: (856) 428-7500 ✦ Fax: (856) 428-7510
Web: roadrunner1st.com

Docket: ______________________

Case Name: GMAC v. Smyrna Ready Mix Concrete, LLC; GLO-L 1099-23

Summons & Complaint

Date: 10/5/23

Place (Name & Address) NORTHWEST Registered Agen 5 Greentree Centre ste. 104, 525 Rte. 73 North Marlton, NJ

Served On (Print Name & Title) Smyrna Ready Mix Concrete

Manner of Service HAND DELIVERED

Served by (Print Name) RALPHIALE CALHOUN

Title Couier

DECLARATION OF SERVER

I certify that the statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on: 10/5/23

Ralphiale Calhoun

Signature of Server
708 East Main Street
Moorestown, NJ. 08057